### *STRONG* vs. *MORGAN.*

APPEAL from the court of the seventh district

MATTHEWS, J. delivered the opinion of the court. In this case, the plaintiff claims from the defendant, $1582 for work and labour done for the benefit of the former. The case was submitted to a jury, who, after hearing the evidence, and a charge from the judge, found a

verdict in favour of the plaintiffs for $303 64; Western Dis. *October*, 1827

for which amount, judgment was rendered, and

the defendant appealed.

STRONG *vs.* MORGAN.

The decision of the cause depends principally on matters of fact; which, we believe, were correctly found by the jury.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Downs* for the plaintiff, *Scott* for the defendant.